UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**RICKIE GREEN**                                                                   **PLAINTIFF**

VS.                           NO. 2:05CV00299 JMM

**GREG HARMON, Warden, East Arkansas
Regional Unit, ADC, et al**                                      **DEFENDANTS**

**ORDER**

The Clerk is ordered to correct the names of Defendants D. Jackson, Sanders, and Williams. Defendant Jackson's name is Dennis Jackson. Defendant Sanders' name is Kevin Sanders. Defendant Williams' name is Maurice Williams.

Further, Plaintiff's motion to dismiss his attorney (Docket # 111) is DENIED.

IT IS SO ORDERED this 15th day of July, 2009.

_____
James M. Moody
United States District Judge