IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RICKIE GREEN                                                                                    PLAINTIFF
ADC#117055

Vs.                              CASE NO.  2:05cv00299 JMM

GREG HARMON, JAMES BANKS, RANDY WATSON,
MAURICE WILLIAMS, DENNIS JACKSON, KEVIN SANDERS,
LEROY GOLATT, TROY GLASPER, and CLAYTON BROOKS                DEFENDANTS

ORDER

The jury trial scheduled sometime during the week of July 13, 2009, will begin Monday, July 13, 2009 at 9:15 a.m. **Counsel are to be present at 8:15 a.m. to be prepared for a pretrial conference that will begin at 8:30 a.m.**

In response to the Court's order and in anticipation of the jury trial, Plaintiff has submitted a witness list (DE #114). In addition to the Defendants, Plaintiff has listed as witnesses Inmate Michael Garrison and Inmate McClinton. Counsel for Defendant has indicated to the Court that he does not have an objection to the requested witnesses.

The Arkansas Department of Correction (ADC) is, therefore, directed to ensure the attendance of Plaintiff, **Rickie Green, Jr.**, ADC #117055 (Varner Supermax), on **July 13, 2009, at 8:00 a.m.**, Room 4A, Richard Sheppard Arnold United States Courthouse, 500 West Capitol, Little Rock, Arkansas. The ADC is further directed to send with Plaintiff his complete institutional file and medical file.

The ADC is directed to ensure the attendance of all Defendants at the time requested by the Assistant Attorney General. The ADC is also directed to ensure the presence of witnesses Michael L. Garrison, ADC #103455 (Varner Unit) and Glenn L. McClinton, ADC #107333 (East Arkansas Regional Unit), **no later than 10:30 a.m., July 13, 2009, in the United States Marshals Office.**

IT IS SO ORDERED this 16th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE