UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**RICKIE GREEN**                                                                **PLAINTIFF**

VS.                       NO. 2:05CV00299 JMM

**GREG HARMON, Warden, East Arkansas**
**Regional Unit, ADC, et al**                                    **DEFENDANTS**

### JUDGMENT ON JURY VERDICT

This action came on for trial July 20, 2009, before the Court and a jury, the Honorable James M. Moody, United States District Judge presiding.

The issues having been duly tried, and after deliberating thereon, the jury returned a verdict on July 20, 2009, in favor of the Defendants.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the Plaintiff takes nothing against Defendants and the Complaint is dismissed.

Dated this 20th day of July, 2009.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE